## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

PHILADELPHIA INDEMNITY     §
INSURANCE COMPANY,     §
    §
    Plaintiff,     §
    §     Civil Action No. 3:23-cv-00655-M
v.     §
    §
JJ RED COMMERCIAL ROOFING LLC, et     §
al.,     §
    §
    Defendants.     §

### FINAL DEFAULT JUDGMENT

Motion for Default Judgment as to Defendants JJ Red Commercial Roofing, LLC ("JJ Red"); Robert M. Edwards; and Rhonda S. Edwards. ECF No. 12. Upon review of the Motion and supporting documentation, the Court finds that the Motion should be **GRANTED**, and that Plaintiff is entitled to entry of a Default Judgment. The Court determines that there is no just reason for delay in, and hereby directs, entry of Final Default Judgment as to the Plaintiff's claims against Defendants JJ Red, Robert M. Edwards, and Rhonda S. Edwards. Therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff is entitled to entry of a Default Judgment against Defendants JJ Red, Robert M. Edwards, and Rhonda S. Edwards.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered under Federal Rule of Civil Procedure 55 against Defendants JJ Red, Robert M. Edwards, and Rhonda S. Edwards, jointly and severally, in the amount of $98,177.30.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with the terms of the July 17, 2020, General Indemnity Agreement attached as Exhibit A to the Complaint, this judgment shall bear interest at the rate of 10%, computed daily on the unpaid

balance from the date of entry of this judgment until the judgment is paid in full, and compounded annually.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff recover its costs of court from Defendant JJ Red, Robert M. Edwards, and Rhonda S. Edwards, jointly and severally.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all writs and process necessary for the enforcement of this judgment be issued in favor of Plaintiff.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all relief not specifically granted herein is denied.

**SO ORDERED**.

September 19, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE